UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CHRISTINE BEARDEN, DAVID BEARDEN, TERRI COOK, CAROLYN GIBBONS, ELMER DARRELL GREER, LADONNA F. GREER, MARK HUTCHINS, KEVIN MITCHELL, JAMIE STRANGE PIERSON, and CRYSTAL GAIL REGAN, | ) ) ) ) ) ) ) | |
| | ) | Case No.: 2:19-cv-55 |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | Judge Curtis L. Collier |
| BALLAD HEALTH, MEDICAL EDUCATION ASSISTANCE CORPORATION, BARBARA ALLEN, JULIE BENNETT, DAVID GOLDEN, DAVID LESTER, ALAN LEVINE, DAVID MAY, SCOTT M. NISWONGER, BRIAN NOLAND, GARY PEACOCK, DOUG SPRINGER, and KEITH WILSON | ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

## JUDGMENT ORDER

Before the Court are two motions to dismiss, one by Defendants Ballad Health and the individually named Defendants (the "Ballad Health Directors") (Doc. 27), and one by Defendant Medical Education Assistance Corporation ("MEAC") (Doc. 44). Plaintiffs have responded to both motions to dismiss (Docs. 49, 59) and Defendants have all replied (Docs. 52, 61). In addition, Defendants Ballad Health and Ballad Health Directors have moved to strike portions of Plaintiffs' response to their motion to dismiss. (Doc. 51.)

Plaintiffs also filed a motion to amend their complaint. (Doc. 48.) Defendants Ballad Health and Ballad Health Directors have responded in opposition. (Doc. 54.) Defendants David

Golden, Scott Niswonger, and Brian Golden also separately responded in opposition to Plaintiffs' motion to amend. (Doc. 55.) Plaintiffs have replied. (Docs. 56, 58.)

For the reasons set out in the accompanying memorandum:

1. Defendants' motions to dismiss for lack of subject-matter jurisdiction (Docs. 27, 44) are **GRANTED**;

2. Defendants Ballad Health and Ballad Health Directors' motion to strike portions of Plaintiffs' response to their motion to dismiss (Doc. 51) is **DENIED**; and

3. Plaintiffs' motion to amend their complaint (Doc. 48) is **DENIED**.

Accordingly, the case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. There being no further issues before the Court, the Clerk is **DIRECTED** to **CLOSE** the matter.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *John L. Medearis*
  CLERK OF COURT